AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Holding Company of The Villages, Inc.

*Plaintiff(s)*

v.

William Michael Hammesfahr, invidividually, d/b/a The Villages Neurology, and Stroke and Brain Specialists, LLC, a Florida limited liability company

*Defendant(s)*

Civil Action No. 5:17-cv-188-Oc-30PRL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William Michael Hammesfahr
510 CR 466
Suite 2017
Lady Lake, FL 32159

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William G. Giltinan
Carlton Fields Jorden Burt, PA
4221 W. Boy Scout Blvd., Suite 1000
Tampa, Florida 32159
813-223-7000 (ph)
wgiltinan@carltonfields.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ELIZABETH WARREN
(ACTING) CLERK OF COURT

Date: 04/28/17

M Taylor
*Signature of Clerk or Deputy Clerk*